UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK SULLENBERGER,

        NO. CIV. S-08-2285 LKK/GGH

    Plaintiff,

  v.                      O R D E R

TITAN HEALTH CORPORATION and
DOES 1 through 30, inclusive,

    Defendants.
_____/

    Pending before the court is defendant's motion to compel arbitration, set to be heard on April 20, 2009. Due to court congestion, the hearing is CONTINUED to May 18, 2009 at 10:00 AM.

    IT IS SO ORDERED.

    DATED: April 13, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1