1  Kara Keister (SBN: 250260)
   Robert C. Bowman, Jr., (SBN: 232388)
2  **LAW OFFICE OF BOWMAN & ASSOCIATES**
   *A Professional Law Corporation*
3  2151 River Plaza Drive, Suite 105
   Sacramento, CA 95833
4  Telephone: (916) 923 - 2800
   Facsimile: (916) 923 - 2828
5
   Attorney for Plaintiff
6  KIRK SULLENBERGER

7  R.MAC PROUT (SBN: 101263)
   SHARON B. FUTERMAN (SBN: 124238)
8  MARJAN PHILLIPS (SBN: 241248)
   PROUT· LEVANGE
9  2021 N Street
   Sacramento, Ca 95811
10 Telephone: (916) 443-4849
   Fax: (916) 443-4855
11

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK SULLENBERGER, an individual | Case No.: 2:08-CV-02285-LKK-GGH |
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |
| v. | |
| TITAN HEALTH CORPORATION and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: June 22, 2009

**LAW OFFICE OF BOWMAN & ASSOCIATES**
*A Professional Corporation*

/s/Kara Keister_____
KARA KEISTER
Attorney for Plaintiff, Kirk Sullenberger

///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

Dated: June 16, ,2009                    **PROUT· LEVANGE**

                                         /s/Marjan Phillips
                                         MARJAN PHILLIPS
                                         Attorney for Defendants,
                                         Titan Health Corporation

IT IS SO ORDERED.

Dated:   July 31, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com