R. MAC PROUT, State Bar # 101263
SHARON B. FUTERMAN, State Bar # 124238
**PROUT• LEVANGIE**
2021 N Street
Sacramento, CA 95811
Tel:  (916) 443-4849
Fax:  (916) 443-4855

Attorneys for Defendant
TITAN HEALTH CORPORATION

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| KIRK SULLENBERGER, | **CASE NO. 2:08-CV-02285-LKK-GGH** |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| TITAN HEALTH CORPORATION and DOES 1 through 50, inclusive, | |
| Defendants. | |

WHEREAS, the parties have, following Voluntary Dispute Resolution in this Court have settled this lawsuit.

NOW THEREFOR, Plaintiff KIRK SULLENBERGER and Defendant, TITAN HEALTH CORPORATION, by and through their undersigned counsel, hereby jointly stipulate that the above-captioned litigation be dismissed with prejudice, with each party to bear its own costs.

DATED:  December 10, 2009          BOWMAN & ASSOCIATES

By:  /s/ Kara Keister
      KARA KEISTER
      Attorneys for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | DATED:   December 15, 2009             **PROUT • LEVANGIE** |

By:  Sharon B. Futerman
     SHARON B. FUTERMAN
     Attorney for Defendant
     TITAN HEALTH CORPORATION

IT IS SO ORDERED on this 23rd day of December, 2009

_(signature)_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com